THOMAS KENNEDY, Respondent, v. THOMAS F. GILLEN COMPANY, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

SAMUEL KORNBLUM, Respondent, v. HARRY ALPERN and JOSEPH ALPERN, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

LOUIS SHERRY, INC., Appellant, v. FREDERICK LINDE RYON, Respondent.— Order affirmed, without costs. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

HENRY LUNDBERG, Respondent, v. MILDRED LUNDBERG, Appellant, and Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

STEPHEN A. MACHCINSKI, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant, Impleaded with JOHN KOZANOWICZ, Defendant.— Judgment affirmed, with costs. No opinion. Mills, Putnam and Kelly, JJ., concur; Jenks, P. J., and Jaycox, J., dissent.

HARRY MEYERSOHN, Respondent, v. CARAVEL COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

ROSARIO MIRABILIO and Another, as Administrators, etc., of RAFFELO DI FELIPPO, Deceased, Respondents, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

GERALD MORRELL, Respondent, v. BROOKLYN BOROUGH GAS COMPANY, Appellant. (Appeal No. 2.) — Order granting application of the city of New York to intervene affirmed, with ten dollars costs and disbursements. (See *New York & Richmond Gas Co.* v. *Nixon*, 192 App. Div. 923.) Jenks, P. J., Mills, Putnam and Kelly, JJ., concur; Blackmar, J., dissents on the ground that the city of New York has no interest in this controversy for the reasons stated in his dissenting opinion in *Morrell* v. *Brooklyn Borough Gas Co., No. 1 (ante*, p. 7), decided herewith.

GERALD MORRELL, Respondent, v. BROOKLYN BOROUGH GAS COMPANY, Appellant. (Appeal No. 3.) — Order overruling defendant's demurrer to the complaint affirmed, with ten dollars costs and disbursements. (See opinions in *Morrell* v. *Brooklyn Borough Gas Co., No. 1 [ante,* pp. 1, 6, 7], decided herewith.) Mills, Putnam and Kelly, JJ., concur; Blackmar, J., dissents for the reasons expressed in his dissenting opinion in *Morrell* v. *Brooklyn Borough Gas Co., No. 1 (ante,* p. 7), and thinks that the order overruling demurrer should be reversed and the demurrer sustained, with whom Jenks, P. J., concurs.

POLIN NARBIN, as Administratrix, etc., of MAGDALENE UKELIS, Deceased, Respondent, v. DORA NONAS, Appellant.— Order in so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur.